| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE 10-1-02 | CASE NUMBER 3-02-30348 JL |
|---|---|---|---|
| NAME OF DEFENDANT EDDIE NORRIS | | ADDRESS OF DEFENDANT 555 STYRON RD SEBASTAPOL CA 95476 | TELEPHONE NUMBER (707) 823-4239 |
| NAME OF SURETY | RELATIONSHIP TO DEFENDANT | ADDRESS OF SURETY | TELEPHONE NUMBER |
| NAME OF CUSTODIAN | RELATIONSHIP TO DEFENDANT CR 02-741-PCT-PGR | ADDRESS OF CUSTODIAN | TELEPHONE NUMBER |

FILED __ LODGED
RECEIVED __ COPY
OCT 16 2002
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

| AMOUNT OF BOND $50,000 | ☒ UNSECURED PR | ☐ SECURED BY $ | ☐ DEPOSIT RECEIVED RECEIVED FROM | OTHER SECURITY POSTED TO BE POSTED BY | TIME/DATE OF NEXT APPEARANCE 9:30 10-2-02 | COURTROOM F |

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed
☒ Defendant shall not commit any federal, state, or local crime.
☒ Defendant shall not harrass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side
☐ Defendant shall not travel outside the Northern District of California, that is, these counties Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma  See map on reverse side
☐ Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in _____
See addresses and telephone numbers on reverse side
☐ Defendant shall surrender all passports and visas to the Court by _____ and shall not apply for any passports or other travel documents
☐ Defendant shall not possess any firearm, destructive device, or other dangerous weapon
☐ **Defendant shall remain in the custody of custodian** _____ at _____,
who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. If the custodian fails to do so, he/she will be prosecuted for contempt of court.
☐ Defendant shall participate in (drug) (alcohol) (psychiatric) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.
☐ Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.
☐ Defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment
☐ Defendant shall submit to a warrantless search of his/her person, place of residence and vehicle at the direction of Pretrial Services
☐ Defendant shall comply with the following curfew: _____ to _____.
☐ Defendant shall have no contact with any co-defendant out of the presence of counsel.
☐ Defendant shall not change residence without prior approval of Pretrial Services.
☐ The following conditions also apply:

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited  Judgment may be entered and executed against defendant and all sureties jointly and severally.
An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.
Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release  See 18 U.S C 3146 and 3147, on reverse side
We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated

| SIGNATURE OF DEFENDANT X /s/ Eddie G. Norris | SIGNATURE(S) OF SURETY(ies) X /s/ Eddie G. Norris |
|---|---|
| SIGNATURE OF CUSTODIAN | SIGNATURE OF MAGISTRATE JUDGE |

THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY. ▶

1. CLERK OF COURT- WHITE COPY