**LAW OFFICE OF
LEE BROOKE PHILLIPS, P.C.**
224 E. Birch
Flagstaff, Arizona 86001
(928) 779-1560
**LEE BROOKE PHILLIPS**
State Bar No. 009540
Attorney for the Defendant

```
☒ FILED      ___ LODGED
___ RECEIVED ___ COPY

    OCT 1 8 2002

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STATE OF ARIZONA, ) | Case No.: CR 02-741-PCT-JAT |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| **EDDIE NORRIS,** ) | |
| Defendant ) | |

This matter having come before the Court on Motion of Defense Counsel and good cause appearing:

(✓) IT IS HEREBY ORDERED vacating the arraignment currently set for 10/21/02, and re-setting the same for the **23rd day of October, 2002 at 10:45 a.m.**.

( ) IT IS HEREBY ORDERED denying said motion

DATED this _17th_ day of _October_, 2002.

_____
U.S. Magistrate Judge of the District Court

3