# MAGISTRATE JUDGE'S MINUTES

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - Phoenix**

DATE: 10/23/02   CASE NUMBER: CR 02-00741-001-PCT-PGR

☒ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

OCT 25 2002

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

USA vs. Eddie Norris

U.S. MAGISTRATE JUDGE: MORTON SITVER #: 70AC

A.U.S. Attorney Andrew Pacheco     INTERPRETER_____
                                    LANGUAGE_____

Attorney for Defendant Lee Brooke Phillips (Retained)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ RELEASED

DOA___   ☒ Initial Appearance   ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken  ☐ No Financial Afdvt taken  ☐ Financial Afdvt sealed
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

| DETENTION HEARING: | ARRAIGNMENT HEARING: |
|---|---|
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset | ☒ Held  ☐ Con't  ☐ Reset |
| Set for:<br>Before: | Set for:<br>Before: |
| ☐ Defendant ordered temporarily detained in the custody of the United States Marshal | Plea of NOT guilty entered to Counts **all pending**. |
| ☐ Defendant ordered released _____ | DATE OF MOTION DEADLINE: 30 days |
| ☐ Defendant continued detained pending trial<br>☐ Flight risk  ☐ Danger | Defendant bound over to U.S.D.C. for trial on 12/10/02 at 9:00 AM in Courtroom 601 before JUDGE ROSENBLATT |

**STATUS HEARING RE:** Set for ___ before ___

Other: Defendant continued on release on new conditions set in this District. The $50,000.00 unsecured bond set in California is vacated by the court.

The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS FURTHER ORDERED that excludable delay under Title 18 USC Section 3161 ___ will commence on ___ thru ___ for a total of ___ days.

RECORDED: Cass. S02-83
BY: Phylis Durbin
Deputy Clerk

(7)