**LAW OFFICE OF**
**LEE BROOKE PHILLIPS, P.C.**
224 E. Birch
Flagstaff, Arizona 86001
(928) 779-1560

**LEE BROOKE PHILLIPS**
State Bar No. 009540
Attorney for the Defendant

☐ FILED  ☒ LODGED
☐ RECEIVED  ☐ COPY
NOV 2 5 2002
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ C. DEPUTY

☒ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY
NOV 2 7 2002
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STATE OF ARIZONA, | Case No.: CR 02-00741-001-PCT-PGR |
| Plaintiff, | **ORDER** |
| vs. | |
| **EDDIE NORRIS,** | |
| Defendant | |

*DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.*
REFERENCE: LR 9(C)(2)
(Rule Number/Section)

This matter having come before the Court on Motion of Defense Counsel and good cause appearing:

( ) IT IS HEREBY ORDERED vacating the trial currently set for 12/10/02, and re-setting the same for __4__ day of __February__, 20__03__ at __9:00__ a.m./p.m..

( ) IT IS HEREBY ORDERED that pretrial motions will be extended to the __23__ day of __December__, 20__02__.

( ) IT IS HEREBY ORDERED that excludable delay occurs beginning __25__ day of __November__, 2002, for a period of __71__ days pursuant to 18 U.S.C. §3161.

( ) IT IS HEREBY ORDERED denying said motion

DATED this __26th__ day of __Nov__, 2002.

_____
Judge of the District Court

3