FILED _____ _____ LODGED
_____ RECEIVED _____ COPY

JAN 0 2 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 02-00741-001-PCT-PGR |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| **EDDIE NORRIS,** | ) |
| Defendant | ) |

This matter having come before the Court on Motion of Defense Counsel and good cause appearing:

( X )  IT IS HEREBY ORDERED vacating the trial currently set for 02/04/03, and re-setting the same for ___11___ day of __March__, 20_03_ at _____ a.m./p.m..

( X )  IT IS HEREBY ORDERED that pretrial motions will be extended to the __21__ day of __January__, 20_03_.

(  )  IT IS HEREBY ORDERED that excludable delay occurs beginning __23__ day of __December__, 2003, for a period of __78__ days pursuant to 18 U.S.C. §3161.

(  )  IT IS HEREBY ORDERED denying said motion

DATED this ___30th___ day of __Dec_____, 2002.

_____
Judge of the District Court