```
                                          FILED      ___ LODGED
                                          RECEIVED   ___ COPY

                                              JAN - 6 2003

                                          CLERK U S DISTRICT COURT
                                           DISTRICT OF ARIZONA
                                          BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | DATED: January 3, 2003 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | NO. CR 02-741-01 PCT PGR |
| | ) | |
| Edward Norris, | ) | MINUTE ORDER |
| Defendant. | ) | |

IT IS ORDERED setting defendant's motion to suppress evidence (doc. #13) for hearing on February 24, 2003 at 2:30 p.m.

RICHARD H. WEARE, DCE
CLERK OF COURT

Traci C. Abraham
Courtroom Deputy