```
___ FILED    X LODGED
___ RECEIVED ___ COPY

    FEB 1 0 2003

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY                  DEPUTY
```

```
X FILED     ___ LODGED
___ RECEIVED ___ COPY

    FEB 1 2 2003

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY                  DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 02-0741-PCT-PGR |
|---|---|
| Plaintiff, | |
| v. | **O R D E R** |
| Edward Norris, | |
| Defendant. | |

Pursuant to the foregoing motion, and good cause appearing:

**IT IS HEREBY ORDERED** continuing the suppression hearing scheduled for February 24, 2003, at 2:30 p.m., until __March 10__, 2003, at __10:30 a.m.__

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § is found to commence on __2\10\03__ for a total of __1__ days.

DATED this __7th__ day of __FEB__, 2003.

_____
PAUL G. ROSENBLATT
United States District Judge