```
                    FILED      ___ LODGED
                    RECEIVED   ___ COPY

                       MAR 1 9 2003

                  CLERK U S DISTRICT COURT
                    DISTRICT OF ARIZONA
                  BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | DATED: March 18, 2003 |
| | ) Plaintiff, | |
| | ) | |
| vs. | ) | NO. CR 02-741-1 PCT PGR |
| | ) | |
| | ) | MINUTE ORDER |
| Eddie Norris, | ) | |
| | ) Defendant. | |

IT IS ORDERED setting a change of plea hearing for April 14, 2003 at 10:30 a.m. before Judge Paul G. Rosenblatt.

RICHARD H. WEARE, DCE
CLERK OF COURT

_____
Traci C. Abraham
Courtroom Deputy