PROBATION FORM NO. 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# United States District Court
## FOR THE

### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.                                             Crim. No. 02CR00741-001-PCT-PGR

EDDIE NORRIS

On 7/3/2003 the above named was placed on probation for a period of five years. He has complied with the rules and regulations of probation and is no longer in need of probation. It is accordingly recommended that he be discharged from probation.

Respectfully submitted,

Adelina Bustamante  
Senior U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 22nd day of May, 2006

The Honorable Paul G. Rosenblatt  
United States District Judge

