AO 442 (Rev.5/85-AZ) Warrant for Arrest

United States District Court
District of Arizona

```
                                                    FILED ___ LODGED
                                                    RECEIVED ___ COPY

                                                    OCT 0 4 2011

                                                    CLERK U S DISTRICT COURT
                                                    DISTRICT OF ARIZONA
                                                    BY_____ DEPUTY
```

UNITED STATES OF AMERICA

WARRANT FOR ARREST

vs.

Case Number CR 02-741 PCT PGR

Eddie Norris
UNKNOWN

To: The United States Marshal and any Authorized United States Officer or authorized representative:

**YOU ARE HEREBY COMMANDED TO ARREST:** Eddie Norris
and bring him or her forthwith to the nearest magistrate to answer a(n)

(X) INDICTMENT   ( )Information   ( )Complaint   ( )Order of Court   ( )Supervised Release Violation Petition

In Violation of Title: 21:846, 841(a)(1) and 841(b)(1)(B); 21:841(a)(1) and 841(b)(1)(D), 21:853; Conspiracy to Possess with the Intent to Distribute Marijuana, Possession with Intent to Distribute Marijuana, Forfeiture Allegation

Richard H. Weare
Name of Issuing Officer

By C. Jamieson
Deputy Clerk

Bail fixed at $ _____ by _____

Clerk of Court/DCE
Title of Issuing Officer

July 19, 2002 at Phoenix, AZ
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

Sebastopol, CA

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 7/19/2002 | Jeff Neves | [signature] |
| Date of Arrest 9/30/2002 | S/A DEA | |